**Order entered February 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01607-CV

**BRUCE B. MCLEOD, III, Appellant**

**V.**

**ALFRED GYR, Appellee**

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-11-02708-B**

## ORDER

The Court has before it appellant's February 12, 2013 unopposed motion for second extension of time to file appellant's brief. The Court **GRANTS** the motion and **ORDERS** appellant to file his brief by February 26, 2013. No further extensions will be granted absent a showing of exceptional circumstances.

/s/     ELIZABETH LANG-MIERS
           JUSTICE